UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ORLANDO GUTTIEREZ, | ) | CASE NO. CV 08-04109 VAP (RZ) |
| Plaintiff, | ) ) | |
| vs. | ) ) | MEMORANDUM AND ORDER RE PLAINTIFF'S DOCUMENTS SENT BY ROBERT CHASE |
| | ) ) | [received April 27, 2009] |
| ELLEN GREENMAN, M.D., et al., | ) ) | |
| Defendants. | ) ) | |

On April 27, 2009, the Court received a set of papers filled out by Plaintiff that would be unremarkable but for the fact that they were actually sent, and accompanied by a cover letter from, one Robert Chase instead of Plaintiff himself. Chase explains that Plaintiff has been relocated to a new prison but, presumably by mistake, left behind the following, enclosed papers without mailing them himself:

- Notice of Change of Address (see below).
- Copies of completed summons on Second Amended Complaint (2AC) and copies of the 2AC.
- Completed USM-285 forms for "Dr. Missin, M.D.," "Dr. Ellen Greenman, M.D." and "Dr. R. Meyers, M.D."

In the interests of justice and efficiency, the Court has elected to file the Notice, and to process the service-related materials, although these were submitted by a person who neither is Plaintiff's attorney nor demonstrates "next friend" status. If Plaintiff has any objection to the Court's acceptance of these materials, he should alert the Court immediately.

In keeping with the Notice of Change of Address, the Clerk is directed to update Plaintiff's address of record as follows:

CDCR No. T-99856
#1 King Way
P.O. Box 8
Avenal, CA 93204

IT IS SO ORDERED.

DATED:   May 13, 2009

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE