# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-04109 VAP (RZ) | Date | September 3, 2009 |
|---|---|---|---|
| Title | ORLANDO GUTTIEREZ v. ELLEN GREENMAN, M.D., ET AL. | | |

Present: The Honorable   **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:**   In Chambers –
**PLAINTIFF'S MOTION TO WITHDRAW WITHOUT PREJUDICE**
**(filed September 1, 2009)**

The Clerk is directed to construe Plaintiff's Motion To Withdraw as a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a), and to dismiss the action without prejudice.

IT IS SO ORDERED.

cc:   parties of record

: 
Initials of Preparer   igb